**Alvin GRIGSBY, Plaintiff–Appellant,**

v.

**Glendale HILL, Superintendent,
Defendant–Appellee.**

**No. 01–8131.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided April 16, 2002.

Alvin Grigsby, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alvin Grigsby appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) complaint for failure to state a claim upon which relief may be granted. We dismiss the appeal for lack of jurisdiction because Grigsby's notice of appeal was untimely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on October 18, 2001. Grigsby's notice of appeal was filed on December 20, 2001. Because Grigsby failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We also deny Grigsby's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*